United States Courts
Southern District of Texas
FILED

JUN 4 2010

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | § § § | |
| Vs. | § | CIVIL ACTION NO. 4:10 cv-01636 |
| | § | |
| $21, 461.00 IN U.S. CURRENCY,<br>Defendant in rem | § § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES JUAN ALIAGA through his attorney of record CHUKWU U. OKO and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. BERTHA M. TORRES also known by her maiden name by BERTHA FLORES-SALDANA has interest for the sum of $7,250.00 (seven thousand two hundred and fifty dollars) in Rem;
2. JUAN ALIAGA, has interest for the sum of $14,211.00 (fourteen thousand two hundred and eleven dollars) in Rem.

Respectfully Submitted,

_____
Chukwu U. Oko, Esquire
TBN: 24007771, SDTX: 23625
OKO & ASSOCIATES LAW FIRM
7324 SW Freeway, Suite 202
Houston, Texas 77074
Tel: (713) 773-4887
Fax: (281) 573-0766
E-mail: okolawpc@hotmail.com

1

*Disclosure of Interested Parties, cause no. 4:10 cv-01636*

## CERTIIFICATE OF SERVICE

I, MARIBEL MOLINA, hereby certify that I have mailed a true copy of the foregoing Disclosure of Interested Parties to the following address of U.S. Attorney's office to the opposing counsel by e-mail and facsimile on __3rd__ this day of __June__, 2010 as to the local rules.

*Maribel Molina*
MARIBEL MOLINA