United States Courts
Southern District of Texas
FILED

JUN  4 2010

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BERTHA M. TORRES<br>Plaintiff, | §<br>§<br>§ |
| Vs. | § CIVIL ACTION NO. 4:10 cv-01636<br>§ |
| UNITED STATES OF AMERICA,<br>UNITED STATES IMMIGRATION &<br>CUSTOMS ENFORCMENT<br>Defendants | §<br>§ |

## BERTHA M. FLORE'S CONSOLIDATED MOTION FOR CONVENTIONAL PAPER FILINGS

NOW COMES BERTHA M. TORRES also known by her maiden name BERTHA FLORES-SALDANA (herein further referred as "Plaintiff") through her counsel of record CHUKWU U. OKO and hereby files this Consolidated Motion for Conventional Paper Filings and would show in support as thus:

The undersigned avers that his law office is under the process of setting up electronic filings of all legal instruments in compliance with the local rules of this court. The undersigned has full intentions to comply with the local rules to electronically file of all instruments in the future. However, until, he is fully capable of doing electronically filings in this Court. Attorney Oko asks this Court to allow him to do conventional paper filings until his law office is capable of doing instruments filings electronically. Specifically, plaintiffs wish to file the following instruments:

    i.    Bertha M. Torres's Verified Claim for Forfeiture in Rem;

    ii.    Defendant Bertha M. Torres's Response to Verified Complaint for Forfeiture in Rem;

and,

iii. Defendant's Bertha M. Torres Disclosure of Interested Parties.

The undersigned counsel avers that this motions is not filed to cause delay but for the interest of Justice. Specifically, considering the large amount of money in Rem, the undersigned counsel founds it necessary to proceed with conventional paper filings because of his clients' financial situation before his law office is fully capable of electronic filling.

## II.
## PRAYER

11. **WHEREFORE PREMISES CONSIDERED**, the undersigned counsel prays that she is allowed to file by conventional paper filings.

Respectfully Submitted,

_____
Chukwu U. Oko, Esquire
TBN: 24007771, SDTX: 23625
OKO & ASSOCIATES LAW FIRM
7324 SW Freeway, Suite 202
Houston, Texas 77074
Tel: (713) 773-4887
Fax: (281) 573-0766
E-mail: okolawpc@hotmail.com

ATTORNEY FOR BERTHA M. TORRES

## CERTIIFICATE OF SERVICE

I, MARIBEL MOLINA, hereby certify that I have mailed a true copy of the above and foregoing Documents to the following address of U.S. Attorney's office to the opposing counsel by e-mail and facsimile on ___3rd___ this day of ___June___, 2010 as to the local rules.

*Maribel Molina*
MARIBLE MOLINA

Assistant U.S. Attorney
Albert Ratliff, Attorney-in-Charge
P.O. Box 61129
Houston, Texas 77208
E-mail: albert.ratliff@usdoj.gov
Office: 713-567-9579
Fax: 713-718-3300