IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1636 |
| | § | |
| $21,461.00 IN U.S. CURRENCY, | § | |
| | § | |
| Defendant *in rem*. | § | |

## ORDER

Juan Aliaga and Bertha M. Flores-Sandana Torres have moved for leave to avoid electronic filing. (Docket Entry Nos. 5 and 7). Based on the present record, the motions are denied. Counsel for Aliaga and Torres was suspended by the Fifth Circuit on November 4, 2008, because he was suspended by the State Bar of Texas. Although the State Bar's suspension ended in December 2009, counsel has not met the requirement of seeking reinstatement to the roll of attorneys authorized to practice in the Southern District of Texas. He must do so no later than **July 2, 2010**.

SIGNED on June 11, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge